Jimmy HANCOCK, Petitioner-Appellant,

v.

UNITED STATES of America, Respondent-Appellee.

No. 80–7831
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.
Unit B

Sept. 17, 1981.

Jimmy Hancock, pro se.

Roger C. Appell, Birmingham, Ala. (Court-appointed), for petitioner-appellant.

J. R. Brooks, U.S. Atty., Holly L. Wiseman, Asst. U.S. Atty., Birmingham, Ala., for respondent-appellee.

Before GODBOLD, Chief Judge, FRANK M. JOHNSON, Jr. and ANDERSON, Circuit Judges.

PER CURIAM:

AFFIRMED. Rule 21. *U.S. v. Kennington,* 650 F.2d 544, (5th Cir. 1981); *U.S. v. Bobo,* 652 F.2d 453, (5th Cir. 1981).